UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* SCOTT MILLARD, *et al.*,

        Plaintiffs,

v.

ABBOTT LABORATORIES,

        Defendant.

Case No. 1:22-cv-994

Hon. Hala Y. Jarbou
Chief United States District Judge

_____/

**JOINT STATUS REPORT AND MOTION TO EXTEND THE STAY**

Pursuant to the Court's May 13, 2026 order, Intervening Plaintiff United States of America, on behalf of the U.S. Department of Agriculture (the "United States"), Plaintiffs Scott Millard, Kristine Cooper, and Loren Cooper (the "Relators"), Intervening Plaintiff States of California, Connecticut, Maryland, Massachusetts, New York, and Tennessee (the "Intervening States"), and Defendant Abbott Laboratories ("Abbott") (collectively, the "Parties") hereby submit the following joint status report regarding the status of the settlement in this case. Additionally, for the reasons set forth below, the Parties respectively request that the Court extend the stay in this case by an additional 37 days. The Parties expect to submit a stipulated order of dismissal no later than September 17, 2026.

1. Subject to final approvals, the Parties anticipate that all settlement agreements will be executed by September 10, 2026, and the Parties anticipate submitting a stipulated order of dismissal by September 17,

1

2026.

2. The United States and Abbott have fully negotiated a settlement agreement (the "Federal Settlement Agreement") that resolves the United States' claims. The United States stands ready to execute the Federal Settlement Agreement when the remaining Parties are ready to execute their respective settlement agreements.

3. Abbott and the Intervening States have fully negotiated settlement agreements (the "Intervening State Settlement Agreements") that resolve the Intervening States' claims subject to all final approvals. Four States have final approval for their respective Intervening State Settlement Agreements. Two States are in the process of obtaining the necessary state approvals to execute their respective Intervening State Settlement Agreements, which they anticipate receiving by September 10, 2026.

4. Abbott and the non-intervened states have fully negotiated settlement agreements (the "Non-Intervened State Settlement Agreements") that resolve the non-intervened states' claims subject to all final approvals. Thirty-one states have final approval for their respective Non-Intervened State Settlement Agreements. Three states are in the process of obtaining the necessary state approvals to execute their respective Non-Intervened State Settlement Agreements. These states anticipate that they can obtain the necessary authority by September 10, 2026.

5. The United States, the Intervening States, and the Relators have resolved

the award to the *qui tam* plaintiffs pursuant to 31 U.S.C. § 3730(d)(1).

6. Abbott and the Relators anticipate resolving, by September 10, 2026, the Relators' claims pursuant to 31 U.S.C. § 3730(h) and attorneys' fees and costs and claims pursuant to 31 U.S.C. § 3730(d).

7. The Parties jointly and respectfully request that the Court enter the attached proposed order extending the stay in this case.  The Parties expect to execute the settlement agreements and submit a stipulated order of dismissal by September 17, 2026.

Dated: August 11, 2026                    Respectfully submitted,

                                          TIMOTHY VERHEY
                                          United States Attorney


                                          */s/ Jacob L. Carlton*
                                          WHITNEY M. SCHNURR
                                          JACOB L. CARLTON
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          Western District of Michigan
                                          P.O. Box 508
                                          Grand Rapids, MI 49503
                                          Tel: (616) 808-2045
                                          E-mail: Whitney.Schnurr@usdoj.gov


                                          BRETT A. SHUMATE
                                          Assistant Attorney General
                                          Civil Division

                                          JAMIE ANN YAVELBERG
                                          NATALIE A. WAITES
                                          ERIN COLLERAN
                                          ASHA NATARAJAN
                                          Attorneys, Civil Division
                                          United States Department of Justice

175 N. St. NE
Washington, DC 20002
*Counsel for the United States*

/s/___*Andrew M. Beato* (with permission)_____
Andrew M. Beato
STEIN MITCHELL BEATO & MISSNER
LLP
2000 K Street N.W., Suite 600
Washington, D.C. 20006
Telephone: (202) 737-7777
abeato@steinmitchell.com
*Counsel for Relators*

THE STATE OF CALIFORNIA
ROB BONTA
Attorney General of California

/s/_*Kristoffer Reich* (with permission)_____
KRISTOFFER REICH
Deputy Attorney General
California State Bar No. 299576
Office of the Attorney General, State of
California
Division of Medi-Cal Fraud and Elder Abuse
1615 Murray Canyon Rd Ste 700
San Diego, CA 92108
Cell: (619) 695-4525
Kristoffer.Reich@doj.ca.gov

DOUGLAS E. BAXTER
Deputy Attorney General
California State Bar No. 201351
Office of the Attorney General, State of
California
Division of Medi-Cal Fraud and Elder Abuse
1615 Murray Canyon Rd Ste 700
San Diego, CA 92108
Cell: (619) 994-9267
Douglas.Baxter@doj.ca.gov

4

THE STATE OF CONNECTICUT
WILLIAM TONG
Attorney General of Connecticut

/s/  *Eric P. Babbs* (with permission)
ERIC P. BABBS
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5041
eric.babbs@ct.gov

THE STATE OF MASSACHUSETTS
ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/  *Molly Mahan (*with permission)
MOLLY MAHAN (BBO # 699277)
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2412
molly.mahan@mass.gov

MICHELLE HEYER (BBO # 714862)
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2422
michelle.heyer@mass.gov

THE STATE OF MARYLAND
ANTHONY G. BROWN
Attorney General of Maryland

/s/ *Raja Mishra* (with permission)
RAJA MISHRA
Assistant Attorney General
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6381

5

(410) 576-6566 (fax)
rmishra@oag.state.md.us

THE STATE OF NEW YORK
LETITIA JAMES
Attorney General of New York

/s/ *Tiffany Castleman-Smith* (with permission)

TIFFANY CASTLEMAN-SMITH
Special Assistant Attorney General
New York Bar No. 4673899
Office of the Attorney General, State of New York
Medicaid Fraud Control Unit
28 Liberty Street, 13 Floor
New York, NY 10005
(212) 417-5394
Tiffany.Castleman-Smith@ag.ny.gov

THE STATE OF TENNESSEE
JONATHAN SKRMETTI
Attorney General of Tennessee

/s/ *Taylor M. Davidson* (with permission)
TAYLOR M. DAVIDSON (TN BPR No. 038514)
Assistant Attorney General
Civil Medicaid Fraud Unit
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-7404
taylor.davidson@ag.tn.gov
*Counsel for the Plaintiff States*

/s/ *Elizabeth S. Hess* (with permission)
Mark R. Filip, P.C.
Elizabeth S. Hess, P.C.
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

6

mark.filip@kirkland.com
elizabeth.hess@kirkland.com

John C. O'Quinn, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave.
Washington, DC 20004
(202) 389-5000
john.oquinn@kirkland.com

Mark Chutkow (P86076)
Jennifer L. Beidel (P86645)
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
(248) 203-0715
mchutkow@dykema.com
jbeidel@dykema.com
Kyle M. Asher (P80359)
Dykema Gossett PLLC
201 Townsend Street, Ste. 900
Lansing, MI 48933
517-374-9151
kasher@dykema.com

*Counsel for Abbott Laboratories*